| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conway, John E. | 2. Court or Organization<br><br>U.S. District Court, NM | 3. Date of Report<br><br>05/3/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 Lomas Blvd., NW, #740<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Monthly | Legislative Retirement, State of New Mexico, $7900 Annually |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Keleher McLeod PA |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of New Mexico, Albuquerque, NM | A | Interest | J | T | | | | | |
| 2. First State Bank, Socorro, NM | A | Interest | J | T | | | | | |
| 3. Thornburg International Value Fund Class I | A | Dividend | K | T | Sold (part) | 3/2/09 | J | A | |
| 4. | | | | | Buy (add'l) | 12/14/09 | J | | |
| 5. Arkansas Best Corp. Delaware | A | Dividend | J | T | | | | | |
| 6. Bed Bath & Beyond, Inc | | None | K | T | | | | | |
| 7. Costco Wholesale Corporation New | A | Dividend | K | T | Sold (part) | 7/15/09 | J | C | |
| 8. Jetblue Awys Corporation | | None | | | Sold | 7/15/09 | J | A | |
| 9. Southwest Airls Company | A | Dividend | J | T | | | | | --- |
| 10. Walgreen Company | A | Dividend | K | T | | | | | |
| 11. Vanguard US Growth Fund | A | Distribution | K | T | | | | | |
| 12. Columbia Marsico 21st Century Fund | | None | | | Sold (part) | 3/2/09 | J | A | |
| 13. | | | | | Sold | 12/14/09 | K | A | |
| 14. Artisan Mid Cap Fund Investor Class N/L | A | Dividend | K | T | Sold (part) | 3/2/09 | J | A | |
| 15. Munder Mid-Cap Core Growth Fund Class A | | None | | | Sold (part) | 3/2/09 | J | A | |
| 16. | | None | | | Sold | 12/14/09 | K | A | |
| 17. RJ Bank Deposit Program Money Market Fund | A | Interest | J | T | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
A = $1,000 or less
F = $50,001 - $100,000
B = $1,001 - $2,500
G = $100,001 - $1,000,000
C = $2,501 - $5,000
H1 = $1,000,001 - $5,000,000
D = $5,001 - $15,000
H2 = More than $5,000,000
E = $15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J = $15,000 or less
N = $250,001 - $500,000
P3 = $25,000,001 - $50,000,000
K = $15,001 - $50,000
O = $500,001 - $1,000,000
L = $50,001 - $100,000
P1 = $1,000,001 - $5,000,000
P4 = More than $50,000,000
M = $100,001 - $250,000
P2 = $5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal
U = Book Value
R = Cost (Real Estate Only)
V = Other
S = Assessment
W = Estimated
T = Cash Market

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. First State Bancorporation | | None | | | Sold | 7/15/09 | J | A | |
| 19. Monsanto Company | A | Dividend | | | Sold | 7/9/09 | J | A | |
| 20. Raymond James Fiancial Inc | A | Dividend | | | Sold | 7/15/09 | J | A | |
| 21. Royce Value Plus Fund Cl N/L | | None | | | Sold (part) | 3/2/09 | J | A | |
| 22. | | | | | Sold | 12/14/09 | K | A | |
| 23. Franklin Small Cap Value Fund Class A | | None | | | Sold (part) | 3/2/09 | J | A | |
| 24. | | | | | Sold | 12/14/09 | K | D | |
| 25. Delaware Diversified Income Fund Class A | A | Dividend | K | T | Sold (part) | 12/14/09 | J | A | |
| 26. Pioneer Cullen Value Fund Cl A | A | Dividend | K | T | Sold (part) | 3/2/09 | J | A | |
| 27. | | | | | Buy (add'l) | 12/14/09 | J | | |
| 28. Blackrock US Opportunities Ptfl Cl A | | None | K | T | Buy | 12/14/09 | K | | |
| 29. Diamond Hill Long-Short Fund Cl A | | None | K | T | Buy | 12/14/09 | K | | |
| 30. Fidelity Advisor New Insights Fd Cl I | A | Dividend | K | T | Buy | 12/14/09 | K | | |
| 31. Lord Abbett Developing Growth Fd Cl F | | None | K | T | Buy | 12/14/09 | K | | |
| 32. Victory Small Company Opportunity Fd Cl C | A | Dividend | K | T | Buy | 12/16/09 | K | | |
| 33. Ishares Tr Indes Russell 3000 | A | Dividend | | | Buy | 4/21/09 | J | | |
| 34. | | | | | Buy | 6/4/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/11/09 | K | D | |
| 36. Pier 1 Imports Incorporated | | None | | | Buy | 7/9/09 | J | | |
| 37. | | | | | Sold | 9/24/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, John E. | 05/3/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544